FOR PUBLICATION

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

OCT 12 2016

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| **SALOMON LEDEZMA-COSINO**, aka **Cocino Soloman Ledesma**,<br><br>Petitioner,<br><br>v.<br><br>**LORETTA E. LYNCH, Attorney General**,<br><br>Respondent. | No. 12-73289<br><br>Agency No. A091-723-478<br><br>ORDER |

**THOMAS**, Chief Judge:

Upon the vote of a majority of nonrecused active judges, it is ordered that this case be reheard en banc pursuant to Federal Rule of Appellate Procedure 35(a) and Circuit Rule 35-3. The three-judge panel opinion shall not be cited as precedent by or to any court of the Ninth Circuit.